# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2020

## NO. 03-19-00889-CV

**Renegade Well Services, LLC, Appellant**

**v.**

**JB Petro Services, Inc. d/b/a Oliver Brown Oil, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on July 23, 2019. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.